Great Western Smelting & Refining Company, appellee, v. O'Malley-Beare Valve Company, appellant. Gen. No. 29,598.

Action for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925. Rehearing denied May 25, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Wegg & Wegg, Ernest A. Baughman and Benjamin Wham, for appellant. Eastman, White & Hawxhurst, for appellee; Homer C. Dawson, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

John Hanson, trading as John Hanson & Company, appellee, v. Anna Behrens, appellant. Gen. No. 29,614.

Action on written guaranty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925. Rehearing denied May 25, 1925.

R. W. Vanier, for appellant. William A. Bither, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

J. Koven and Doris Koven, trading as J. Koven & Company, appellees, v. Superior Crib & Novelty Company, appellant. Gen. No. 29,624.

Motion to vacate judgment entered by default. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed May 11, 1925. Rehearing denied May 25, 1925.

Vincent G. Gallagher and Shulman, Shulman & Abrams, for appellant. No appearance for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Benjamin Sullivan, appellee, v. Charles Ross & Company, appellant. Gen. No. 29,648.

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925.

Simon T. Sutton, for appellant; Harry A. Goldsmith, of counsel. Jose Ward Hoover, for appellee; George B. Cohen and Frank Moland, of counsel.

Mr. Justice Johnston delivered the opinion of the court.